| FINDINGS AND ORDER OF COURT ON PETITION TO SEAL RECORD(S) under G. L. c. 276, § 100C  Federal  Page 1 of 2 | TRIAL COURT OF MASSACHUSETTS |
|---|---|

| ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT | ☐ SUPERIOR COURT | ☐ JUVENILE COURT | DIVISION/COUNTY: |

| Petitioner's Name: Steven D. Calymore | Petitioner's Address: 167 Deuth st. apt #1 Mattapan, Ma 02126 | Tel. # (617) 943-1142 PCF # |

After a hearing on the petitioner's petition to seal record(s) under G. L. c. 276, § 100C, the Court finds, pursuant to *Commonwealth v. Pon*, 469 Mass. 296 (2014), that good cause has been shown for overriding the presumption of public access to court records because:

☒ 1. The petitioner has alleged with sufficient particularity and credibility that some disadvantage stemming from the availability of his/her criminal record(s) exists at this time or is likely to exist in the foreseeable future, namely:
   ☒ risk of unemployment, underemployment, homelessness, or denial of housing
   ☐ demonstrated desire to pursue an occupation in which employers have access to nonconviction records
   ☐ impeded ability to participate in community or volunteer activities
   ☐ potential for reduced opportunities for economic or professional advancement
   ☐ reliance on public assistance for support despite efforts to achieve gainful employment
   ☒ other: unable to obtain housing, SNAP etc.
   ☐ The Court takes judicial notice that the existence of a criminal record can present barriers to housing and employment opportunities.

☐ 2. The petitioner has shown meaningful efforts towards rehabilitation, namely:
   ☐ employment attempts           ☐ successful period of sobriety or mental health treatment
   ☐ community or civic engagements   ☐ successful completion of a probationary period
   ☐ awards, certificates, letters of support   ☐ lack of further contact with the criminal justice system
   ☐ other: _____

☐ 3. The petitioner has shown that sealing would alleviate an identified disadvantage, namely:
   ☐ nature of underlying crime(s)         ☐ stigma or stereotypes attached to the crime(s)
   ☐ no additional safety threat to community   ☐ positive impact of sealing on sense of privacy
   ☐ other: _____

☐ 4. The petitioner's circumstances at the time of the offense(s) (e.g., age, history of prior criminal activity)
   ☐ support ☐ do not support a likelihood of success in not reoffending:
   _____
   _____

☐ 5. The passage of time since the date of the offense(s) and the date of disposition of the case(s) ☐ supports ☐ does not support good cause for sealing.

☐ 6. The nature and reason for the disposition of the case(s) ☐ supports ☐ does not support good cause for sealing.

☐ 7. Other factors considered at the hearing, if any, include: _____
   _____

Rev. 11-30-2014

| FINDINGS AND ORDER OF COURT ON PETITION TO SEAL RECORD(S) under G. L. c. 276, § 100C federal   Page 2 of 2 | TRIAL COURT OF MASSACHUSETTS | |
|---|---|---|
| ☐ BOSTON MUNICIPAL COURT   ☐ DISTRICT COURT   ☐ SUPERIOR COURT   ☐ JUVENILE COURT | | DIVISION/COUNTY: |
| Petitioner's Name: Steven D Claymore | Petitioner's Address: 167 Delhi St #A H 1 Mattapan, Ma 02126 | Tel. # (617)543-1142   PCF # |

☐   The petition to seal is **ALLOWED** only as to those record(s) which are specifically checked off on the attached petition to seal ☐ with ☐ without continuation sheet, and said record(s) are hereby **ORDERED** to be sealed.

☐   The petition to seal is **DENIED**.

| DATE: | JUDGE'S SIGNATURE: |
|---|---|
| | |

**TO CLERK-MAGISTRATE:**
A copy of this signed order must be provided to the Chief Probation Officer and to the petitioner.

**TO CHIEF PROBATION OFFICER:**
Please complete below and forward the signed order to the Office of the Commissioner of Probation.

| DATE: | CHIEF PROBATION OFFICER'S SIGNATURE: |
|---|---|
| Petitioner's PCF# | Petitioner's Date of Birth: |

Rev. 11-30-2014

| PETITION TO SEAL RECORD(S) under G. L. c. 276, § 100C | TRIAL COURT OF MASSACHUSETTS |
|---|---|
| ☐ BOSTON MUNICIPAL COURT ☐ DISTRICT COURT ☐ SUPERIOR COURT ☐ JUVENILE COURT | DIVISION/COUNTY: |

| Petitioner's Name: *(please print)* | Petitioner's Address: *(please print)* | Tel. # |
|---|---|---|
| | | PCF # |

| DOCKET NUMBER | OFFENSE/CHARGE *(Please list each one on a separate line.)* | DISPOSITION DATE | DISPOSITION | COURT USE ONLY |
|---|---|---|---|---|
| 0100025 M1 | U.S. Federal Matters | Dismissed 9-21-2021 | Dismissed | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |
| | | | | ☐ seal |

☐ Please see the attached continuation sheet listing additional case(s).

I request this Court to order that the record(s) of the criminal charge(s) listed above be sealed, for the following specific reasons: *(Please print and attach documents as necessary)*

Refer to the Real file is making my life extremely hard to become a positive, productive Member of society. Also, each case was ultimately "dismissed"

DATE: May 30, 2015
May 31, 2015

SIGNED UNDER THE PENALTIES OF PERJURY
Petitioner's Signature: [signature]

**ORDER OF COURT**

☐ A hearing on the merits of the petition to seal is scheduled on _____, 20__, at _____ AM/PM (no sooner than 7 days). The clerk-magistrate shall ensure that notice of the hearing is given to the probation department and the prosecutor's office, and shall post a copy of the petition on a public bulletin board until the scheduled hearing. The prosecutor's office is advised to give notice to the victim(s), if any, and to inform the victim(s) s/he/they may appear and be heard.

☐ After review of the petition and any attachments, and/or a preliminary hearing, the Court finds that no prima facie case in favor of sealing has been shown, and the petition to seal is **DENIED**.

DATE: | JUDGE'S SIGNATURE: